UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIS RUBEN AUGUSTUS HOWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No.  1:24-cv-01335-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF Nos. 8, 9) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March 7, 2025, the Court screened Plaintiff's complaint, and found that Plaintiff stated the following cognizable claims: (1) excessive force against Defendants Lee, Rios, Perez, and Reyes; (2) failure to intervene claim against Defendants Rios, Perez, and Reyes; (3) state law claims of assault, battery, and negligence, intentional infliction of emotional distress, and violation of the Bane Act against Defendants Lee, Rios, Perez, and Reyes; (4) retaliation against Defendant Lee for removing him from the Veteran's group because he filed an inmate grievance; (5) retaliation against Defendants Lee and Perez for issuing a false rules violation report for filing an inmate grievance; (6) retaliation against Defendants Perez, Lee, and Harter for removal from the Bravo yard for filing an inmate grievance. (ECF No. 8.)  However, Plaintiff

1

1  failed to state any other cognizable claims.  Plaintiff was granted the opportunity to file an
2  amended complaint or notify the Court of his intent to proceed on the claims found to be
3  cognizable.  (Id.)  On April 9, 2025, Plaintiff filed a notice of intent to proceed on the claim found
4  to be cognizable.  (ECF No. 9.)

5  Accordingly, it is HEREBY ORDERED that the Clerk of the Court shall assign a District
6  Judge to this action

7  Further, it is HEREBY RECOMMENDED that:

8  1. This action proceed on the following cognizable claims: (1) excessive force against
9  Defendants Lee, Rios, Perez, and Reyes; (2) failure to intervene claim against
10  Defendants Rios, Perez, and Reyes; (3) state law claims of assault, battery, and
11  negligence, intentional infliction of emotional distress, and violation of the Bane
12  Act against Defendants Lee, Rios, Perez, and Reyes; (4) retaliation against
13  Defendant Lee for removing him from the Veteran's group because he filed an
14  inmate grievance; (5) retaliation against Defendants Lee and Perez for issuing a false
15  rules violation report for filing an inmate grievance; and (6) retaliation against
16  Defendants Perez, Lee, and Harter for removal from the Bravo yard for filing an
17  inmate grievance.

18  2. All other claims and Defendants be dismissed from the action for failure to state a
19  cognizable claim for relief.

20  These Findings and Recommendations will be submitted to the United States District Judge
21  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14)**
22  **days** after being served with these Findings and Recommendations, Plaintiff may file written
23  objections with the Court, limited to 15 pages, including exhibits.  The document should be
24  captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised
25  ///
26  ///
27  ///
28  that failure to file objections within the specified time may result in the waiver of rights on appeal.

2

Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: __**April 10, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

3